## R. L. STEVENS v. CITY OF TULSA.

No. A-5386.   Opinion Filed July 20, 1925.
(238 Pac. 1119.)

Dunn & Meyer, for plaintiff in error.

S. J. Clendenning, for city of Tulsa.

PER CURIAM.   This was a conviction, on information charging a violation of a city ordinance defining vagrancy.   The city attorney has confessed error, and asks that the judgment of the municipal court of the City of Tulsa be reversed.   An examination of the record discloses that the confession of error is well taken, and for insufficiency of the evidence, and upon authority of the case of Campbell v. State, 31 Okla. Cr. 39, 237 P. 133, the judgment of the municipal court is reversed